JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES T. CHOU (CABN 142123)
SHAWNA YEN (CABN 224447)
Assistant United States Attorneys

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5054
    Facsimile: (408) 535-5066
    Email:    jim.chou@usdoj.gov
              shawna.yen2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 01-20154 JF |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER TO CONTINUE DEADLINE FOR |
| v. | ) | GOVERNMENT'S RESPONSES TO |
| | ) | DEFENSE DISCOVERY MOTIONS |
| ANH THE DUONG, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

      The Court had previously set a briefing schedule for the defense's discovery motions in this case, in which the defense motions would be due on January 16, 2009, and the government's responses would be due on February 13, 2009.   No hearing date has yet been set for the discovery motions.

      It is hereby stipulated by and between counsel for the UNITED STATES, Assistant U.S. Attorneys James T. Chou and Shawna Yen, and counsel for the Defendant Anh The Duong, David Andersen, Esq., that the deadline for the government's responses to the defendant's

1   January 16, 2008 discovery motions be continued from February 13, 2009 to February 20, 2009.

2         This continuance is necessary because government counsel needs the additional one week

3   of time to adequately respond to the defense's five discovery motions.

4         Accordingly, the parties stipulate and agree that the deadline for the government's

5   responses to the defendant's January 16, 2009 discovery motions be continued from February 13,

6   2009 to February 20, 2009.

7         It is so stipulated.

8                                  Respectfully submitted,

9   Dated: February 12, 2009         JOSEPH P. RUSSONIELLO
                                UNITED STATES ATTORNEY

10

11                              /s/
                         JAMES T. CHOU

12                            SHAWNA YEN
                         Assistant U.S. Attorneys

13   Dated: February 13, 2009

14                              /s/
                         DAVID ANDERSEN, ESQ.

15                            Attorney for Anh The Duong

16

17

18

19

20

21

22

23

24

25

26

27

28

JOSEPH P. RUSSONIELL0 (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES T. CHOU (CABN 142123)
SHAWNA YEN (CABN 224447)
Assistant United States Attorneys

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5054
Facsimile: (408) 535-5066
Email:      Jim.Chou@usdoj.gov
            Shawna.Yen2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 01-20154 JF |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER TO CONTINUE |
| | ) | DEADLINE FOR GOVERNMENT'S |
| v. | ) | RESPONSES TO DEFENSE DISCOVERY |
| | ) | MOTIONS |
| ANH THE DUONG, | ) | ___ |
| | ) | |
| Defendants. | ) | |

Based on the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that the deadline for the government's responses to the

defendant's January 16, 2009 discovery motions is continued from February 13, 2009 to

February 20, 2009.

Dated this __23__ day of February, 2009.

_____
JEREMY FOGEL
United States District Judge

1    COPIES to be served on:

2    Shawna Yen
     Assistant U.S. Attorney
3    U.S. Attorney's Office
     150 Almaden Boulevard, Suite 150
4    San Jose, CA 95138

5    David Andersen, Esq.
     Andersen & Zimmer
6    385 Grand Street, Suite 300
     Oakland, CA 94610
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                    4