MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

JAMES T. CHOU (CSBN 142123)
SHAWNA YEN (CSBN 224447)
Assistant United States Attorneys

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Tel:  (408) 535-5054 or
      (415) 436-7159/6867
Fax:  (408) 535-5066 (facsimile)
Email: Jim.Chou@usdoj.gov
       Shawna.Yen2@usdoj.gov

Attorneys for Plaintiff

**FILED**

NOV 23 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ANH THE DUONG, <br> Defendant. | No. CR 01-20154 <br><br> STIPULATION AND [PROPOSED] ORDER AUTHORIZING DEPOSITION PURSUANT TO FED. R. CRIM. P. 15 |

It is hereby stipulated by and among counsel for the UNITED STATES, Assistant U.S. Attorneys James T. Chou and Shawna Yen; and counsel for the Defendant Anh The Duong, David Andersen, Esq., that pursuant to Rule 15 of the Federal Rules of Criminal Procedure, the Court should authorize the taking of the deposition of Dr. Scott Atlas, subject to the agreements set forth below.

The parties agree that the deposition of Dr. Scott Atlas will be taken on December 3, 2010 at 11:00 a.m. at the United States Courthouse located at 280 South First Street, San Jose,

Stipulation and Proposed Order
for Rule 15 Deposition

CA 95113.

The parties also agree that the deposition will be recorded by a court-certified court reporter, and that the deposition will be videotaped.

In addition, the parties agree that all objections are preserved for future litigation, with the exception that objections as to the form of the question must be timely made at the time of deposition, or they are waived.

Dated: November 19, 2010

Respectfully submitted,

MELINDA HAAG
UNITED STATES ATTORNEY

/S/

JAMES T. CHOU
SHAWNA YEN
Assistant U.S. Attorneys

Dated: November 19, 2010

/S/

DAVID ANDERSEN, ESQ.
Attorney for Anh The Duong

MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES T. CHOU (CABN 142123)
SHAWNA YEN (CABN 224447)
Assistant United States Attorneys

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5054
    Facsimile: (408) 535-5066
    Email:   Jim.Chou@usdoj.gov
             Shawna.Yen2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 01-20154 JF |
| Plaintiff, | [PROPOSED] ORDER AUTHORIZING DEPOSITION PURSUANT TO FED. R. CRIM. P. 15 |
| v. | |
| ANH THE DUONG, | |
| Defendant. | |

    Based on the stipulation of the parties and for good cause shown,

    IT IS HEREBY ORDERED that deposition of Dr. Scott Atlas will be authorized and taken pursuant to Rule 15 of the Federal Rules of Criminal Procedure.

    IT IS FURTHER ORDERED that the deposition of Dr. Scott Atlas will be taken on December 3, 2010 at 11:00 a.m. at the United States Courthouse located at 280 South First Street, San Jose, CA 95113.

    IT IS FURTHER ORDERED that the deposition will be recorded by a court certified court reporter and videotaped. The parties are authorized to bring the necessary videotaping

equipment to the designated room of the federal courthouse for this purpose.

IT IS FURTHER ORDERED that all objections are preserved for future litigation, with the exception that objections as to the form of the question must be timely made at the time of deposition, or they are waived.

Dated this _____ day of November, 2010.

_____
JEREMY FOGEL
United States District Judge